KING W. SPENCER, Respondent, *v.* BINGHAMTON RAILWAY
COMPANY, Appellant.

*Spencer* v. *Binghamton Ry. Co.*, 136 App. Div. 905, affirmed.
(Argued May 16, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered January 10, 1910, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries and for injury to property alleged to
have been sustained by plaintiff through the defendant's
negligence.

*Thomas J. Keenan* for appellant.

*Thomas B. Kattell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BART-
LETT, HISCOCK, CHASE and COLLIN, JJ.